Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90036
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

MARIO RINCON,

        Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC,

        Defendant.

Case No.:

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

## COMPLAINT

MARIO RINCON (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses. *15 U.S.C. 1692(a) – (e)*.

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the state of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

### PARTIES

8. Plaintiff is a natural person who resides in the city of Corpus Christi, Nueces County, Texas and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

**FACTUAL ALLEGATIONS**

11. Defendant is constantly and continuously collecting placing collection calls to Plaintiff regarding an alleged debt owed to the original creditor, the Army & Air Force Exchange Services ("AAFES").

   .

12. Defendant has constantly and continuously contacted Plaintiff at his place of employment seeking and demanding payment for an alleged debt. Plaintiff has requested Defendant no longer contacted him at his place of employment, yet calls persist.

13. Plaintiff attempted to negotiate a payment plan with Defendant, however the amount originally owed has increased by 4 times the original debt.

14. Defendant sent Plaintiff a letter dated December 11, 2008. This letter does not state that Plaintiff has thirty (30) days to dispute the debt and implying that Defendant is affiliated with the US Government by claiming to be from the "Governmental Division" (see letter attached as Exhibit "A").

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at his place of employment when it knows that Plaintiff's employer prohibits such communications.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse the Plaintiff.

   c. Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    d. Defendant violated *§1692e(1)* of the FDCPA by misleading the Plaintiff by representing that they are affiliated with the United States or any state.

    e. Defendant violated *§1692e(2)* of the FDCPA by misrepresenting the character, amount, and legal status of the alleged debt.

16. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

WHEREFORE, Plaintiff, MARIO RINCON, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,
18. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,
19. Actual damages,
20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*
21. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MARIO RINCON, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: February 10, 2009            KROHN & MOSS, LTD.

By: /s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, MARIO RINCON, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARIO RINCON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 12-17-08                           _____
                                          MARION RINCON

**EXHIBIT A**

# NCO

5626 Frantz Road
P. O. Box 7172
Dublin, OH 43017
PH #: (800) 824-9392
FAX #: (614) 791-4479

To: Mario Rincon Jr.

Fax: 580-221-6296

From: Maurice Miller            Ext. 5427

Subject: Information Requested

Date: December 10, 2008    Total Pages: 2 (including this cover sheet)

___ URGENT    ___ FOR REVIEW    ___ PLEASE COMMENT    ___ AS REQUESTED

The information contained in this facsimile transmission is privileged and confidential. It is solely intended for use by the above-named recipient. If the reader of this is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone and return the original message to us at the above address via fax.

# NCO

5626 Frantz Road
PO Box 7172
Dublin, OH 43017
Ph#: (800) 824-9392
Fax#: (614) 791-4479

December 11, 2008

Mario Rincon Jr.

RE: Army and Air Force Exchange Service
NCO ID#: 3000877 and 3000878

Dear Mario Rincon Jr.:

Your Army and Air Force Exchange Service account, referenced above, was placed with our agency for collection with a total balance due of $10,023.15.

As of this date we show a current balance due of $10,096.66. This does not include additional interest, penalties, or collection fees that may accrue. The following is a breakdown of the current balance:

Principal Due: $7,110.02
Interest and Penalties Due: $622.17
Collection Fee Due: $2,120.30
Administrative Fee Due: $244.17

If you have any questions feel free to call me at 800-824-9392.

Sincerely,

NCO Financial Systems, Inc.
Formerly OSI Collection Services, Inc.
Government Division

This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector.

# **EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** NO
2. Fear of answering the telephone — **YES** NO
3. Nervousness — **YES** NO
4. Fear of answering the door — YES **NO**
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** NO
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — **YES** NO
9. Feelings of guilt, worthlessness, helplessness — **YES** NO
10. Appetite and/or weight loss or overeating and weight gain — YES **NO**
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — **YES** NO
13. Headache, nausea, chronic pain or fatigue — **YES** NO
14. Negative impact on my job — YES **NO**
15. Negative impact on my relationships — **YES** NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _N/A_

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _12-17-08_

_[signature]_
Signed Name

_MARIO RINCON JR_
Printed Name